UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

288624

FILED VIA MAIL

IN RE:  
IRMA E. PEREZ

CASE NO. 05-41268-BKC-RAM

NOV 15 2010

CHAPTER 13

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 10.69 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 11/12/10

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

IRMA E. PEREZ  
10440 SW 51 ST  
MIAMI, FL 33165

MARY REYES, ESQ.  
782 NW 42 AVE  
SUITE 337  
MIAMI, FL 33126

CHEVRON CREDIT BANK, N.A.  
2001 DIAMOND BLVD  
PO BOX 5010, SECT. 230  
CONCORD, CA 94524-0010

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   05-41268-BKC-RAM
IRMA E. PEREZ

                                      CHAPTER 13


IRMA E. PEREZ

10440 SW 51 ST
MIAMI, FL 33165


MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

CHEVRON CREDIT BANK, N.A.          - - - - - - - - -$         10.69
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230                    UNDELIVERABLE/STALE
CONCORD, CA 94524-0010                    CLAIM REGISTER# 15

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130